Ellen L. Lewis, RN, MSN, GNP-C
1540 Runnymede Court, S.W.
Lilburn, Georgia 30047
770-361-4910

PROFESSIONAL EXPERIENCE

Ridgeview of Monroe	6/18 to 11/20
Monroe, GA
Position: Round on psychiatric patients, assess and diagnose, order labs, treatments

CareNow	6/18 to **present**
Roswell, GA
Position: Evaluate and assess nursing home residents. Provide psychiatric medication management and counseling to elderly residents in skilled nursing facilities.

Dr. Flora Cox	11/16 to 6/18
Snellville, GA
Position: Nurse Practitioner, Certified: Provide outpatient psychiatric services

Avenia
Atlanta, GA	10/16 to 7/20
Position: Nurse Practitioner, Certified: Provide Telepsych services
Provide outpatient psychiatric care to patients (ages 5 to adult); manage patient's psych meds

Dr. Smith's Weight Loss Clinic	2/16 to **present**
Lawrenceville, GA
Position: Gerontological Nurse Practitioner, Certified: Evaluate patients for participation in weight loss program; monitor patients while enrolled in weight loss program. Perform physical exam, evaluate labs. This position is part-time.

Dr. Amar Mohan	5/15 to 5/16
Covington, GA
Position: Gerontological Nurse Practitioner, Certified; Provide primary care to elderly residents in nursing homes. Provide physical exams on patients. Order labs, provide medical care.

Dr. Medhi	3/14 to **present**
Loganville, GA
Position: Gerontological Nurse Practitioner, Certified: Provide psych services and medication management including pain management to patients in an acute care hospital setting. Assess and treat patient's ongoing medical conditions.

Creative Care Concepts            3/13 to 9/2016
Atlanta, GA
Position: GNP; Provide psych services and medication management to elderly residents in nursing homes.

Ellen Lewis Consulting, Inc.            1/12 to 5/18
Lilburn, Georgia
Position: Nurse Practitioner, Certified
    Wound Care Consultant
    Provide wound care as a consultant to residents in nursing homes; Assess, monitor, and treat patient's pain on an ongoing basis.

Salus Behavioral Health            9/11 to 5/14
Atlanta, Georgia
Position: Gerontological Nurse Practitioner, Certified
    Provide psych services and medication management to elderly residents in nursing homes.

Simple Care Solutions, LLC            2/11 to 9/11
Decatur, Georgia
Position: Gerontological Nurse Practitioner, Certified
    Provide primary care and psych services to elderly residents in Nursing homes.

Dr. Syamala Erramilli            1/09 to 4/11
Tucker, Georgia
Position: Gerontological Nurse Practitioner, Certified
    Provide primary care to elderly residents in nursing homes. Perform Perform physical exams, order labs and treatments.

Psych Consult Services            11/07 to 4/09
Atlanta, Georgia
Position: Gerontological Nurse Practitioner, Certified
Provide psych services/medical services to elderly residents in nursing homes.

Dr. Miles Johnson            1/05 to 10/07
Smyrna, Georgia
Position: Gerontological Nurse Practitioner, Certified
    Provide primary care to elderly residents in nursing homes.

Dr. Pamela Erdman            4/04 to 9/04
Tucker, Georgia

Position: Gerontological Nurse Practitioner, Certified
    Provide primary care to elderly residents in nursing homes.

United Health Care            1/98 to 4/04

Position: Gerontological Nurse Practitioner, Certified
Provide primary care to elderly residents in nursing homes

Wesley Woods Geriatrics Hospital                        5/93 to 3/98
Position: Float Pool Nurse           8/96-3/98
Clinical Nurse II Psych Unit   7/95-8/96
Clinical Nurse I Rehab Unit   6/94-7/95
Student Nurse Extern         5/93- 6/94

# EDUCATION

Currently enrolled in the Doctor of Nursing Practice program at the University of Alabama Capstone College of Nursing

Emory University, Atlanta, Georgia
Master of Science in Nursing              12/97
Gerontological Nurse Practitioner
GPA: 4.0

Emory University, Atlanta, Georgia
Bachelor of Science in Nursing            5/94
GPA: 3.4

Dekalb College, Dunwoody, Georgia
Prerequisites for nursing                 12/89-8/92

# HONORS
Dean's List 6 quarters at Dekalb College
Student of the Quarter at Dekalb College
Sigma Theta Tau (Alpha Epsilon Chapter)
Graduated Summa Cum Laude 12/97

# PROFESSIONAL ORGANIZATION
Member of NCGNP 1996-2003

# ADDITIONAL EDUCATION

Completion of Wound Course at Emory University's Wound, Ostomy and Continence Program                                    6/11